UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| FRONT RANGE PIPE & SUPPLY, INC., ) | Case No. 04-17042 SBB |
| TIN: 84-1133596 ) | Chapter 7 |
|    Debtor. ) | |
| ) | |
| JEFFREY A. WEINMAN, TRUSTEE, ) | Adv. Pro. No. 07-01297-SBB |
| ) | |
|    Plaintiff, ) | |
| v. ) | |
| ) | |
| ADAMS AUTOMATIC CO., ) | |
| a Colorado corporation, ) | |
| ) | |
|    Defendant. ) | |

## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT IN NON-CORE PROCEEDING

This matter comes before the Court for consideration of Plaintiff's Motion for Default Judgment in Non-Core Proceeding ("**Motion**").

This Court proposes that the U.S. District Court should FIND and CONCLUDE that Plaintiff has duly served copies of the Summons and Complaint in this proceeding upon Defendant and that Defendant has not answered or otherwise timely responded to same, that the U.S. District Court has personal jurisdiction over Defendant and jurisdiction over the subject matter of this proceeding. In addition, this Court proposes that the U.S. District Court should FIND that venue is properly laid in the District of Colorado and that the provisions of The Servicemembers' Civil Relief Act of 2003 are inapplicable because Defendant is not an individual.

Based on these proposed findings and conclusions, this Court recommends that:

1.   The Motion should be GRANTED, and

2.   JUDGMENT should be ENTERED in Plaintiff's favor and against Defendant Adams Automatic Co., on Plaintiff's Complaint to Collect Prepetition Receivable in the amount of $20,886.39, plus interest through June 19, 2007 in the amount of $4,959.90, and costs in the amount of $250.00.

In accordance with D.C. Colo. L. Civ. R. 84.1.D., it is HEREBY ORDERED that:

A. Within five (5) days of the date hereof, the Clerk of this Court shall mail copies of this document to each of the following persons and entities:

United States Trustee
999 18th Street, #1551
Denver, CO 80202

Thomas G. Adams, Registered Agent for
Adams Automatic, Co.
5345 Marshall St.
Arvada, CO 80002

B. The persons and entities listed immediately above shall have fifteen (15) days from the date hereof within which to file written objections to this Court's proposed findings and conclusions. Objections lacking specificity as to factual findings or legal conclusions the objecting party claims to have been erroneously made and objections not timely filed may be summarily overruled.

C. If no objection is filed, the recommendations of this Court may be accepted by the U.S. District Court, and appropriate orders (including Judgment) may be entered without further notice.

Dated: June 25, 2007

BY THE COURT:

_Sid Brooks_
Sidney B. Brooks,
United States Bankruptcy Judge

2