UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

07-cv-01504-ZLW-MJW

| | |
|---|---|
| In re:<br>FRONT RANGE PIPE & SUPPLY, INC.,<br>TIN: 84-1133596<br>Debtor. | Bankruptcy Case No.<br>04-17042-SBB<br>Chapter 7 |
| JEFFREY A. WEINMAN, TRUSTEE,<br>Plaintiff, | |
| v. | Adversary Proceeding No.<br>07-01297-SBB |
| ADAMS AUTOMATIC CO.,<br>Defendant. | |

## AMENDED ORDER

THIS MATTER comes before the Court on (1) the Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Motion for Default Judgment in Non-core Proceeding and (2) the Order and Request for Entry of Final Order and Judgment by the District Court entered by the United States Bankruptcy Court for the District of Colorado. The Court, having reviewed the file and being advised in the premises,

DOES FIND that the recommendations of the bankruptcy judge are accepted by this Court. The Court further FINDS and CONCLUDES that Jeffrey A. Weinman, Trustee ("Plaintiff"), has duly served copies of the Summons and Complaint in this proceeding upon Adams Automatic Co. ("Defendant") and Defendant has not answered or otherwise timely responded to same. The Court FINDS and CONCLUDES that the United States District Court has personal jurisdiction over Defendant and jurisdiction over the subject matter of this proceeding. Moreover, venue is property laid in the District of Colorado, and that the provisions of The Servicemembers' Civil Relief Act of 2003 are not applicable because Defendant is not an individual.

IT IS THEREFORE ORDERED that JUDGMENT shall enter in Plaintiff's favor and against Defendant Adams Automatic Co., on Plaintiff's Complaint to Collect Prepetition Receivable in the amount of $20,886.39, plus interest through June 19, 2007, in the amount of $4,959.90, and costs in the amount of $250.00.

Dated this 25 day of July, 2007.

BY THE COURT:

_[signature]_

United States District Court Judge